1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ARMONDO SEPULVEDA, | Case No.  C05-5548RBL |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING I.F.P. APPLICATION |
| RICHARD MORGAN, | |
| Respondent. | |

    Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 28th day of September, 2005.


                                                 _/s/ J. Kelley Arnold_____
                                                 J. Kelley Arnold
                                                 United States Magistrate Judge