THE HONORABLE RONALD B. LEIGHTON
MAGISTRATE JUDGE J. KELLEY ARNOLD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ARMONDO SEPULVEDA,<br><br>        Petitioner,<br><br>    v.<br><br>RICHARD MORGAN,<br><br>        Respondent. | NO. C05-5548RBL<br><br>ORDER GRANTING RESPONDENT'S MOTIONS FOR EXTENSION OF TIME TO FILE ANSWER. |

Respondent, having filed two Motions for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motions for Extension of Time to File an Answer in this matter be and the same are hereby granted.

Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before January 13, 2006.

DATED this 22nd day of December, 2005.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
United States Magistrate Judge

Submitted by:
ROB MCKENNA
Attorney General

/s/Alex A. Kostin
ALEX A. KOSTIN, WSBA #29115
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2005, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

ARMONDO SEPULVEDA, #959524
WASHINGTON STATE PENITENTIARY
1313 N 13TH AVE
WALLA WALLA  WA  99362


      /s/Wendy Kenyon
      WENDY KENYON