UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARMONDO SEPULVEDA,

    Petitioner,

v.

RICHARD MORGAN,

    Respondent.

Case No. C05-5548RBL

ORDER

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The petition for writ of habeas corpus is DENIED;

(3)    Petitioner's pending motions are moot and/or inappropriate and therefore DENIED; and

(4)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 17th day of April, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE